

# IN THE
# TENTH COURT OF APPEALS

### No. 10-18-00159-CR

ANDREW LEE JONES, JR.,

Appellant

 v.

THE STATE OF TEXAS,

Appellee

### From the 85th District Court
### Brazos County, Texas
### Trial Court No. 16-04190-CRF-85

## REINSTATEMENT ORDER

This appeal was abated to the trial court on April 17, 2019 to oversee the filing of a copy of State's Exhibit 4 in a format that is viewable after it has been uploaded/filed via the clerk/reporter portal into the Court's case management software, *a.k.a.* TAMES. A viewable exhibit has been filed.

Accordingly, this appeal is reinstated. The State's brief is due 30 days from the date of this order.

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Neill
Appeal reinstated
Order issued and filed May 22, 2019

